IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICIA DEVINE,

Plaintiff,

v.

BAYER CORPORATION, et al.,

Defendants.  No. 09-0628-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff's motion to consolidate instant action for purposes of discovery with companion case (Doc. 4). Specifically, Plaintiff moves to consolidate the discovery with ***Hill v. Bayer Corp., et al.,* 09-0567-DRH**. Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONSOLIDATES** this matter with ***Hill v. Bayer Corp. et al.*, 09-0567-DRH** for only discovery purposes.

**IT IS SO ORDERED.**

Signed this 4th day of September, 2009.

/s/    *David R Herndon*
**Chief Judge
United States District Court**